Hal Taylor, Esq.
Bar No.: 4399
223 Marsh Ave.
Reno, NV 90509
Tel: (775) 825-2223
Email: haltaylorlawyer@gbis.com
Attorney for Plaintiff

Hannalore B. Merritt, Esq
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Ph.: 412-794-8003
Fax: 412-794-8050
PA Bar ID: 323589
Hannalore@mydisabilityattorney.com
Pro Hac Vice Attorney for Plaintiff Hal Goldblatt
Counsel had complied with LR IA 10-2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HAL GOLDBLATT, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> NANCY A. BERRYHILL, ) <br>    Acting Commissioner of ) <br>    Social Security, ) <br><br>           Defendant. ) | CIVIL ACTION NO. <br> 2:17-cv-02193-MMD-VCF <br><br><br> JOINT STIPULATION FOR <br> ATTORNEY FEES UNDER <br> THE EQUAL ACCESS TO <br> JUSTICE ACT |

It is hereby stipulated by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the parties have agreed to a compromise settlement of Plaintiff's request for attorney fees in the amount of Four Thousand Two Hundred Fifty Dollars and 00/100 ($4,250.00). This amount represents

1

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 USC §2412(d).

The Court shall order that the awarded attorney fees be made payable to Plaintiff, Hal Goldblatt, and delivered to the business address of Plaintiff's counsel.

EAJA fees awarded by this Court belong to the plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. §3716(c)(3)(B) (2006)). *See Astrue v. Ratliff,* 130 S.CT 2521, 2528-29 (2010). Defendant recognizes that Plaintiff assigned her right to EAJA fees to her attorney. If it is determined upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, Defendant agrees to accept the assignment, and fees will be made payable to Plaintiff's attorney. If there is such a debt, any fee remaining after offset will be payable to Plaintiff.

This stipulation constitutes a compromise settlement of Plaintiff's request for attorney fees under the EAJA, and does not constitute an admission of liability on the part of the Commissioner under the EAJA. Payment of the aforementioned attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to attorney fees under the EAJA in connection with his action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 USC §406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: 01/02/2019          */s/ Hannalore B. Merritt*
                          Hannalore B. Merritt
                          *Pro Hac Vice* Attorney for Plaintiff

Dated: 01/02/2019    _/s/ Hal Taylor_
                     Hal Taylor
                     Local Counsel for Plaintiff


Dated: 01/02/2019    DALE ELIESON
                     United States Attorney
                     BLAINE T. WELSH
                     Chief, Civil Division

                     _/s/ Ben A. Porter*_
                     Ben A. Porter, Esquire
                     Special Assistant United States Attorney
                     Attorneys for Defendant
                     (*Permission to use electronic signature obtained
                     via email dated 1/2/19).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

HAL GOLDBLATT, )
)
Plaintiff, )
)
v. )    CIVIL ACTION NO.
)    2:17-cv-02193-MMD-VCF
)
NANCY A. BERRYHILL, )
Deputy Commissioner of )    ORDER GRANTING
Operations performing the )    STIPULATION FOR ATTORNEY
duties and functions not )    UNDER THE EAJA
reserved for the Commissioner )
of Social Security, )
)
Defendant. )

It is hereby ORDERED that the Joint Stipulation for EAJA Fees (Docket No. 21) is GRANTED and Plaintiff is awarded $4,200.00 in attorney's fees. *Astrue vs. Ratliff*, 130 S. Ct. 2521, 2524 (2010), directs that the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel.

Date:  January 2, 2019

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1